| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kwan, Robert N. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, CD CA | 3. Date of Report<br><br>05/09/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Roybal Federal Building, Suite 1682<br>255 E. Temple St.<br>Los Angeles, CA 90012 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member, Board of Directors | James T. King Bankruptcy American Inn of Court (formerly Southern California Bankruptcy American Inn of Court) |
| 2. | Member, Board of Drectors | Judge Robert M. Takasugi Pro Bono Bar Review Program |
| 3. | Member, Executive Committee | Los Angeles County Bar Association, Senior Lawyers Section |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/15-12/15 | Baldwin Park (City of), California, Public Schools, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank, checking account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank, savings account | A | Interest | K | T | | | | | |
| 3. Chase Bank, checking account | A | Interest | J | T | | | | | |
| 4. Chase Bank, savings account #1 | A | Interest | J | T | | | | | |
| 5. Chase Bank, savings account #2 | A | Interest | L | T | | | | | |
| 6. East West Bank, savings account | A | Interest | K | T | | | | | |
| 7. East West Bank, checking account | A | Interest | J | T | | | | | |
| 8. Northwestern Mutual Life Ins. Co., cash value policy | A | Dividend | J | T | | | | | |
| 9. Brokerage Account | | | | | | | | | |
| 10. - Merrill Lynch CMA money market fund | A | Dividend | J | T | | | | | |
| 11. IRA # 1 | | | | | | | | | |
| 12. -Voya Global Value (formerly International Value) mutual fund | A | Dividend | | | Sold | 03/03/15 | J | D | |
| 13. -Voya Capital Allocation mutual fund | A | Int./Div. | J | T | Buy | 03/04/15 | J | | |
| 14. -Columbia Seligman Communcations and Information mutual fund | | None | | | Sold | 03/03/15 | K | D | |
| 15. -Columbia Balanced mutual fund | A | Int./Div. | K | T | Buy | 03/04/15 | K | | |
| 16. - Blackrock Health Sciences Opportunities mutual fund | | None | | | Sold | 03/03/15 | K | D | |
| 17. American Balanced mutual fund | A | Int./Div. | K | T | Buy | 03/05/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Blackrock Global Allocation mutual fund (A) | A | Int./Div. | J | T | | | | | |
| 19. -Blackrock Large Cap Value mutual fund | | None | | | Sold | 03/03/15 | J | B | |
| 20. -Blackrock Global Allocation mutual fund (C) | A | Int./Div. | J | T | Buy | 03/03/15 | K | | |
| 21. -Davis New York Venture mutual fund | | None | | | Sold | 03/04/15 | K | D | |
| 22. -Nuveen Preferred Income Opportunities mutual fund | A | Int./Div. | J | T | | | | | |
| 23. -Pimco Total Return mutual fund | A | Int./Div. | | | Sold | 03/04/15 | J | C | |
| 24. -Merrill Lynch money market fund | A | Dividend | J | T | | | | | |
| 25. IRA # 2 | | | | | | | | | |
| 26. -Calamos Growth mutual fund | | None | | | Sold | 03/03/15 | K | D | |
| 27. -Calamos Growth and Income mutual fund | A | Int./Div. | K | T | Buy | 03/04/15 | K | | |
| 28. -Hartford Global Capital Appreciation I mutual fund | A | Dividend | | | Sold | 03/03/15 | J | D | |
| 29. -Hartford Balanced mutual fund (A) | A | Int./Div. | J | T | Buy | 03/03/15 | J | | |
| 30. -Putnam International Equity mutual fund | A | Int./Div. | | | Sold | 03/03/15 | J | B | |
| 31. -Putnam Dynamic Asset Allocation Growth mutual fund | A | Int./Div. | J | T | Buy | 03/03/15 | J | | |
| 32. -Hartford Global Capital Appreciation II mutual fund | A | Dividend | | | Sold | 03/03/15 | K | D | |
| 33. -Hartford Balanced mutual fund (C) | A | Int./Div. | J | T | Buy | 03/03/15 | K | | |
| 34. -Cohen & Steers Closed End mutual fund | A | Dividend | | | Sold | 03/03/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>Kwan, Robert N. | Date of Report<br><br>05/09/2016 |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35.   -American Balanced mutual fund | A | Int./Div. | J | T | Buy | 03/03/15 | J | | |
| 36.   403(b) retirement savings plan | | | | | | | | | |
| 37.   -TIAA-CREF Growth & Income mutual fund | A | Int./Div. | J | T | | | | | |
| 38.   -TIAA-CREF Social Choice mutual fund | A | Dividend | J | T | | | | | |
| 39.   -TIAA-CREF International Equity mutual fund | A | Dividend | J | T | | | | | |
| 40.   -TIAA-CREF Large Cap Value mutual fund | A | Int./Div. | J | T | | | | | |
| 41.   -TIAA-CREF Mid-Cap Value mutual fund | A | Int./Div. | J | T | | | | | |
| 42.   -TIAA-CREF S&P 500 Index mutual fund | A | Dividend | J | T | | | | | |
| 43.   -TIAA-CREF Small Cap Value mutual fund | A | Int./Div. | J | T | | | | | |
| 44.   Life Investors Insurance Co. Deferred Fixed Annuity acct. | A | Interest | J | T | | | | | |
| 45.   Calif. State Teachers Retirement System 403(b) annuity plan | A | Interest | J | T | | | | | |
| 46.   American Fidelity Assurance Co. 403(b) annuity plan | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

One class of Hartford Global Capital Appreciation Fund was renamed Hartford Global Capital Appreciation Fund.

This amendment is to add a new item number 46 on Part VII, Investments and Trusts, for an annuity plan (American Fidelity Assurance Company) for my wife's employment not previously included when she started new employment in 2014. I had not previously known of this investment. I have also concurrently amended the 2014 annual report to reflect the acquisition of this new investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Kwan, Robert N. | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert N. Kwan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544